# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Thomas Chayra

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

THR Primadonna Company LLC

Case Number: 2:11-CV-1709 LDG-PAL

                Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that the Plaintiff, Thomas Chayra, shall recover from Defendant, THR Primadonna Company LLC, d/b/a Buffalo Bills Casino, judgment in the sum of One Thousand Dollars and 00/100 ($1,000.00).

July 10, 2012                                      /s/ Lance S. Wilson

Date                                                  Clerk

                                                      /s/ Eileen Sterba

                                                      (By) Deputy Clerk