✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF | Nevada |
|---|---|---|

Thomas Chayra

                                        Plaintiff,                                          **JUDGMENT IN A CIVIL CASE**

                  V.

THR Primadonna Company LLC                                    Case Number:  2:11-CV-1709 LDG-PAL

                                        Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has
   rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a
   decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this
   case.

   IT IS ORDERED AND ADJUDGED

that the Plaintiff, Thomas Chayra,  shall recover from Defendant, THR Primadonna Company LLC, d/b/a Buffalo Bills
Casino, judgment in the sum of One Thousand Dollars and 00/100 ($1,000.00).

|  |  |
|---|---|
| July 10, 2012 | /s/ Lance S. Wilson |
| Date | Clerk |
|  | /s/ Eileen Sterba |
|  | (By) Deputy Clerk |